## (November 20, 1961)

MARY T. ABBONDONDOLO et al., Respondents, v. VINCENT PAGANO et al., Appellants.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

In the Matter of GAMBLE BENEDICT. ANDREI PORUMBEANU, Appellant; CORPORATION COUNSEL OF THE CITY OF NEW YORK, Respondent.—

Nolan, P. J., Ughetta, Christ and Pette, JJ., concur.

ABEL BANOV, Respondent, v. THEODORE DUBIN, Appellant, et al., Defendants.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

NICHOLAS BERDIEFF, an Infant, by His Guardian ad Litem CAROLINE BERDIEFF, et al., Appellants, v. SEYMOUR ARGULE, et al., Doing Business as BEN KAPLAN PAINTS, et al., Respondents.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

VICTORIA BOBBITT, Appellant, v. ALERIO A. CARDINALE et al., Doing Business as CARDINAL REALTY COMPANY, et al., Respondents. VICTORIA BOBBITT, Appellant, v. ALERIO A. CARDINALE et al., Doing Business as CARDINAL REALTY COMPANY, et al., Respondents.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

BROOKLYN HEBREW HOME AND HOSPITAL FOR THE AGED, Respondent-Appellant, v. PETER OTTLEY, Individually and as President of LOCAL 144, HOTEL AND ALLIED SERVICE EMPLOYEES UNION, BSEIU, AFL–CIO, et al., Appellants-Respondents, et al., Defendants.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.